

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00244-CV

**RUSSELL CALDWELL D/B/A RW CALDWELL CONSTRUCTION,**

                                                                **Appellant**

 **v.**

**JACKIE WRIGHT,**

                                                                **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 85781

## O R D E R

This appeal was referred to mediation on September 18, 2014.  On October 24, 2014, the Court received notification from the mediator that the parties did not settle during mediation.

The stay of the appeal and all appellate deadlines ordered by the Court in its referral to mediation was automatically lifted on the date the Court received the mediator's notification.  Because the deadline for the filing of the reporter's record

began to run but had not expired by the date of the referral to mediation, the date the reporter's record is due will begin anew from the date the mediator's notification was received by the Court.

Accordingly, the reporter's record in this appeal is due February 23, 2015. *See* Tex. R. App. P. 35.1(a).

PER CURIAM

Before Chief Justice Gray, and
     Justice Davis
     (Justice Scoggins did not participate in this decision)
Stay lifted; record due
Order issued and filed October 30, 2014

